## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

DONNA WILLIS,
       Plaintiff,
      v.                                              2:11-cv-00880

BAYER, AG,
BAYER CROPSCIENCE, AG,
BAYER CROPSCIENCE HOLDING, INC., and
BAYER CROPSCIENCE, LP,

and

WEST VIRGINIA PAVING, INC.

and

ADISSEO MANUFACTURING, INC. and
ADISSEO USA, INC.,
       Defendants.

## ORDER

Upon the Plaintiff's motion, and it appearing that good cause exists, it is hereby

ORDERED that the Plaintiff shall have until December 8, 2011 in which to file her response to the Motion to Strike, and it is

FURTHER ORDERED that the Defendants shall have until December 15, 2011 in which to file a Reply to Plaintiff's Response.

ENTERED this ___ day of November, 2011.

                                                        _____
                                                        Hon. Joseph R. Goodwin

Presented by:

/s/William V. DePaulo
William V. DePaulo, Esq.  #995
179 Summers Street, Suite 232
Charleston, WV 25301
Tel: 304-342-5588
*Counsel for Plaintiff*

Copied to:

Thomas J. Hurney, Esq. #1833
Michael M. Fisher, Esq. #4353
Ryan E. Voelker, Esq. #11159
JACKSON KELLY PLLC
500 Lee Street, E., Suite 1600
P O Box 553
Charleston, WV 25322
Tel: 304-340-1000
*Counsel for Bayer CropScience, LP,*
*Bayer CropScience Holding, Inc.,*
*Adisseo Manufacturing, Inc., and*
*Adisseo USA, Inc.*

Norman T. Daniels, Jr., Esq.  #937
P. O. Box 1433
Charleston, WV 25325
Tel: 304-342-6666
*Counsel for West Virginia Paving, Inc.*